BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE WANG,<br><br>             Plaintiff,<br><br>      v.<br><br>PRINCIPIA BIOPHARMA INC., ALAN B. COLOWICK M.D., M.P.H., MARTIN BABLER, DAN BECKER, M.D., PH.D., SIMEON GEORGE, M.D., M.B.A., SHAO-LEE LIN, M.D., PH.D., PATRICK MACHADO, and SHAWN TOMASELLO,<br><br>             Defendants. | Case No. 4:20-cv-6085-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>JUDGE:   Hon. Edward M. Chen<br>CTRM:    4 – 3rd Floor |

1    PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice.  Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

DATED: September 30, 2020

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**

By: ___/s/ Rachele R. Byrd___
           RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

Of Counsel:

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
GLORIA KUI MELWANI
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*